004834

**Order issued November 9, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01046-CV

**JIMMY CHARLES JOHNSON, Appellant**

**V.**

**DALLAS COUNTY, ET AL., Appellees**

## ORDER

We **DENY** appellant's September 12, 2012 motion to refer this appeal to alternative dispute resolution.

ELIZABETH LANG-MIERS
JUSTICE